McVickar Gaillard Realty Company, Appellant, v. David J. Garth, Respondent.— Order affirmed, with costs, on the opinion of the court below.

Emily S. Haubner, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Clarke, JJ., dissenting.)

Annie Gallagher, as Administratrix, etc., of Cormack Gallagher, Deceased, Respondent, v. Edgar B. Newman, Appellant.— Order affirmed, with costs. No opinion.

Alter Kushes, Appellant, v. Isidore Ginsberg, Respondent.— Judgment affirmed, with costs. No opinion.

In the Matter of John Smith, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Herman J. Levy, Appellant, v. Edmond J. Butler, as Tenement House Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Uvalde Asphalt Paving Company, Appellant, v. Edward M. Grout, as Comptroller, and William McKinney, as Auditor of Accounts, of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amalia Friedmann, Respondent, v. Ramon Hotel Company and Judith Whittier, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Eastman Kodak Company, Appellant, v. Julius L. Lewis, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Helene Fitter and John Laue, Respondents, v. Edward Moroney and Emma Hiller, Appellants, Impleaded with William C. Rosenberg.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Shepard N. Edmonds, Appellant, v. Attucks Music Publishing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Martin M. Goodman, Respondent, v. Montgomery Maze, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

David Heyman, Appellant, v. Leo Schlesinger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jane Oakes and William A. Oakes, as Executors, etc., of William Hutchinson, Deceased, Respondents, v. Arthur L. Meyer and Jessie Meyer, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Arkin v. Interborough Rapid Transit Company.— Motion denied, with ten dollars costs.

The People of the State of New York, Respondent, v. Richard M. Menzel, Appellant.— Motion to dismiss appeal granted.

The People of the State of New York, Respondent, v. David J. Dibol and Others, Appellants.— Motion to dismiss appeal denied, with leave to respondent to renew motion unless the case be placed on the calendar and the briefs filed for the March term of this court.

The People of the State of New York, Respondent, v. Harry Weisberg, Appellant, Impleaded.— Motion to dismiss appeal denied, with leave to respondent to renew motion unless the case be placed on the calendar and the briefs filed for the March term of this court.

The People of the State of New York, Respondent, v. George Kopp, Appellant.— Motion to dismiss appeal denied, with leave to respondent to renew motion unless the case be placed on the calendar and the briefs filed for the April term of this court.

The People of the State of New York, Respondent, v. Gaetano Gianvecchio Appellant.— Motion denied.

The People of the State of New York, Respondent, v. Harrison G. Lamson, Appellant.— Motion to dismiss appeal granted.

In the Matter of the Account of Lydia M. Cowles, as Administratrix with the Will Annexed, etc., of William H. Morton, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.

Mary Smith and Others, Respondents, v. Michael Ryan and Others, Appellants.— Motion denied, with ten dollars costs.